IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| NICOLE DOWNEY, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>INTERMOUNTAIN PLANNED PARENTHOOD, INC., d/b/a PLANNED PARENTHOOD OF MONTANA,<br><br>Defendant. | CV 25-33-BLG-SPW<br><br>ORDER |

Upon the Plaintiff's Rule 41 Notice of Dismissal (Doc. 11),

IT IS HEREBY ORDERED that the above-entitled cause is dismissed without prejudice.

The Clerk of Court is directed to notify the parties of the making of this Order.

DATED this 8th day of July, 2025.

/s/ Susan P. Watters
SUSAN P. WATTERS
U. S. DISTRICT JUDGE

1